NEW ROCHELLE TRUST COMPANY, as Trustee, Respondent, *v.* FLORENCE C. BIDDLE, Appellant, Impleaded with Others.

Argued March 4, 1938; decided March 18, 1938.

*John P. McGrath* for appellant.

*Walter H. Young* and *Robert Jackson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.